

United States District Court
Eastern District of California

| VLADIMIR ZUJOVIC |
|---|
| Plaintiff(s) |

V.

| CVETA POPOVIC, ET AL. |
|---|
| Defendant(s) |

Case Number: 1:24-CV-00205-JLT-BAM

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, RICHARD MIN hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: VISNJA POPOVIC

On 09/24/2008 (date), I was admitted to practice and presently in good standing in the NEW YORK STATE (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/07/2024         Signature of Applicant: /s/ Richard Min

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | RICHARD MIN |
| Law Firm Name: | Green Kaminer Min & Rockmore LLP |
| Address: | 420 Lexington Avenue |
| | Suite 2821 |
| City: | New York   State: NY   Zip: 10170 |
| Phone Number w/Area Code: | (212) 681-6400 |
| City and State of Residence: | Long Island City, NY |
| Primary E-mail Address: | rmin@gkmrlaw.com |
| Secondary E-mail Address: | richardmin.esq@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Brent D. Seymour |
| Law Firm Name: | Seymour Family Law |
| Address: | 940 Adams Street |
| | Suite C |
| City: | Benicia   State: CA   Zip: 94510 |
| Phone Number w/Area Code: | (707) 297-6686   Bar # 148737 |

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 11, 2024

/s/ Barbara A. McAuliffe
JUDGE, U.S. DISTRICT COURT